**Hearing for March 14, 2011 at 3:00 p.m. (Ch. 11)**

| | | |
|---|---|---|
| 11-10398 TPA | Springfield Munitions Co., LLC | #5 Emergency Mtn. for Order |
| | (v. David Nolan) | Authorizing Debtor-Possess. Financing |

Appearances:
Debtor: Michael Kaminski
David Nolan: Pro se (telephone)
U.S.Trustee: Joseph Fornari (telephone)

Kaminski: Debtor not operating. Attempt a liquidation of plant and equipment or find buyer. Sale value of equipment is estimated between 300-400K. Employee wages to be paid to John Roebuck and include termination pay.

Fornari: Opposes motions. No budget or detail provided and loan violates cited rules.

OUTCOME: DENIED w/o prejudice for the reasons stated on the record.

vas