IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| SPRINGFIELD MUNITIONS CO., LLC. | : | Case No. 11-10398-TPA |
| *Debtor* | : | Chapter 11 |
| | : | Related to Document No. 5 |
| SPRINGFIELD MUNITIONS CO. LLC., | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID P. NOLAN, | : | |
| *Respondent* | : | |

## ORDER

AND NOW, this **14th** day of **March, 2011**, after a hearing on the *Emergency Motion For Order Authorizing Debtor-In-Possession Financing Pursuant To 11 U.S.C. § 364(C)(3)* filed at Document No. 5, the Court adopts the argument of the United States Trustee, Joseph Fornari, Esq., and for the reasons stated on the record it is hereby **ORDERED, ADJUDGED and DECREED** that the *Emergency Motion For Order Authorizing Debtor-In-Possession Financing Pursuant To 11 U.S.C. § 364(C)(3)* is **DENIED** *without prejudice*

_____
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

Case administrator to serve:
 Debtor
 Debtors Counsel
 United States Trustee

FILED

MAR 15 2011

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA
ERIE OFFICE